1

2

3

Edward Blum
P.O. Box 1829
Sun City, AZ 85372
623-399-6391

FILED ✓   LODGED
RECEIVED   COPY

MAY 0 3 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ B  DEPUTY

4

5

6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

7

8

9

10

11

12

EDWARD BLUM,

Plaintiff,

vs.

MARGARET M. KEANE,  MICHAEL POPPE,

Defendants.

**CV-17-01345-PHX-JZB**

CASE NO.: _____

CIVIL COMPLAINT

13

14

15

16

## COMPLAINT

COMES NOW the Plaintiff, and for his causes of action against the Defendants,

alleges and states the following:

17

## JURISDICTION

18

19

Plaintiff EDWARD BLUM (Hereinafter, "Plaintiff", "Edward Blum", "Mr. Blum") is a

resident of Maricopa County.

20

21

22

23

24

25

Defendant MARGARET M. KEANE (Hereinafter, "Ms. Keane") is the Chief Executive

Officer and President of Synchrony Financial/Synchrony Bank, headquartered at 777

Long Ridge Rd., Stamford, CT 06902; is the supervisor of numerous employees in

several states; receives mail at Synchrony Bank locations in several states including, but

not limited to, Bridgewater, New Jersey; Operates in several states as Synchrony Bank

Complaint                                                    1

including, but not limited to, Arizona, issuing credit cards in the name of Conn's Home Plus.  Synchrony Financial/Synchrony Bank is not incorporated in the state of Arizona and a search for a statutory agent showed no results.

A certified letter was sent to Ms. Keane in November of 2016 at 200 Crossing Blvd., Suite 101; Bridgewater, NJ 08807.  It was signed for by one of Ms. Keane's subordinates.  The letter was responded to by another subordinate, Jeff Dart, delegated by Ms. Keane.  The response letter was sent from Rapid City, SD.

A search for Ms. Keane's executive office location show's that she is headquartered at 777 Long Ridge Rd., Stamford, CT 06902 and that service on Ms. Keane should be at the Stamford location.

Defendant MICHAEL POPPE (Hereinafter, "Mr. Poppe") is the President/Chief Operating Officer of Credit and Collections for Conn's Home Plus located at 4055 Technology Forrest Blvd., The Woodlands, TX 77381.

Mr. Poppe is the superior of several employees in numerous states doing business as Conn's Home Plus.

A certified letter was sent to Mr. Poppe at the The Woodlands, TX address and signed for by one of Mr. Poppe's subordinates.  The letter was responded to by yet another subordinate, Mark Prior, delegated by Mr. Poppe.

Although Conn's Home Plus has at least three (3) stores in Maricopa County, a search shows that they are not incorporated in the state of Arizona and a search for a statutory agent showed no results.  Proper service on Mr. Poppe would be at the The Woodlands, TX address.

This Honorable Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 in that the parties on the two sides of the case are in different states and that Plaintiff is seeking unspecified actual damages in excess of $75,000.00, exclusive of costs and expenses, and also seek unspecified punitive and exemplary damages in excess of $75,000.00 exclusive of interests and costs, along with court costs and any further relief that the Court deems just.

<div align="center">CHRONOLOGY OF EVENTS</div>

On or about October 29, 2016 Plaintiff received a rejection letter from Synchrony Bank with no signature on it.  Because Mr. Blum had never heard of Synchrony Bank he had his wife run a credit report for him (Mr. Blum does not use a computer).  Plaintiff's credit report showed that on October 22, 2016 Synchrony Bank, at the request of Conn's Home Plus, had made a hard inquiry of Mr. Blum's credit through the major credit bureaus.  This inquiry was made without Mr. Blum's knowledge or consent in violation of Mr. Blum's financial privacy rights under 15 U.S.C. § 1681.

Letters regarding the violation were sent to Synchrony and Conn's.  Several phone calls were also made to  were sent to Synchrony and Conn's regarding the violation.  The letters and phone calls were responded to by Jeff Dart, the Senior Specialist, Corporate Consumer Relations, Synchrony Bank.

In his letter to Mr. Blum on December 19, 2016, Jeff Dart, "on behalf of Synchrony Bank and Margaret Keane, President , Chief Executive Officer, Synchrony Financial" admitted processing a credit application inquiry to the major credit bureaus using Mr. Blum's personal information, including his social security number, on October 22, 2016

for Conn's.  Also in his letter, Jeff Dart claims that it was Mr. Blum's fault that the inquiry was made because Conn's submitted an application via in-store internet for a Conn's credit account for Mr. Blum.

Mr. Blum submits that he did not request a Conn's credit account on that date and did not sign an application for a Conn's credit account on that date.  Jeff Dart was unable to provide a signed application for a Conn's credit account to Mr. Blum for that date.

## FACTUAL ALLEGATIONS

Plaintiff, in January of 2014, called Conn's credit line in Texas regarding a promotional advertisement.  At that time Plaintiff gave his personal information and permission to run a credit check.  The telephonic conversation was recorded.  Within three (3) minutes Plaintiff had been approved for a seventy-five hundred dollars ($7,500.00) line of credit.  Plaintiff then purchased a computer for his wife, which was paid off as agreed in full by January of 2016.

When checking his report after he received the rejection letter from Synchrony, it was discovered that Conn's has been using Plaintiff's personal information to continuously make hard inquiries to the credit bureaus without Plaintiff's consent to send promotional advertisements stating that Plaintiff was pre-approved for certain sums to lure him to their stores.  There have been at least four (4) hard inquiries made by Conn's since January 31 2014 (April 8, 2015, September 1, 2015, February 19, 2016 and October 22, 2016) and (1) hard inquiry by Synchrony (October 22, 2016) all

without Plaintiff's consent, in violation of Mr. Blum's financial privacy rights under 15 U.S.C. § 1681.

Plaintiff received monthly "credit line increase certificates" from Conn's claiming that "your credit line is increased by: $6,000.00" and offered perks such as 10% off purchases, etc., etc.

On January 31, 2014 Plaintiff's wife, who maintains an email address for Plaintiff, received an email stating "CONGRATULATIONS, YOU'RE APPROVED! Your application, has been approved for the purchase of product from Conn's under a retail installment contract for up to $7,000.00.  Now you're ready to shop! You may also be qualified to add the following options to the amount financed through Conn's Credit. Simply ask about this additional financing at your nearest Conn's Store.  Delivery, Installation, Repair Service Agreements, Credit Insurance. After you select product at your nearest Conn's store, you'll be ready to sign your retail installment contract." This was the only time that Plaintiff actually contracted with Conn's and made a credit purchase for a computer.  Yet, on September 1, 2015 an email was received stating "Congratulations! You've been approved for up to $6,585.00 with Conn's YES MONEY®!   Plaintiff did not apply for this credit and did not make a credit purchase from Conn's yet Conn's made another hard inquiry without Plaintiff's consent, in violation of his financial privacy rights under 15 U.S.C. § 1681.

Plaintiff, after receiving one of the "credit line increase certificates" from Conn's did visit one of the Conn's stores to look at recliners with his wife.  Plaintiff told the salesperson that they were just looking and if they found a chair that Mr. Blum liked

they would tell him.  Plaintiff showed the "credit line increase certificate" to the salesman.  At no time did Plaintiff tell the salesman to run a credit inquiry.  In fact, when the salesman asked if he could run a credit check both Plaintiff and Mrs. Blum said "no" that they were only looking at that time.  Plaintiff did not find a chair that he liked and left the store.

Without making a credit purchase or requesting credit Mr. Blum was not only surprised but, was ticked off when he received a call from a female employee from Conn's telling him that his credit had been approved for seventy-five hundred dollars ($7,500.00) and asked him when would he be coming in to buy new furniture.  Plaintiff, in no uncertain terms told the employee just what he thought of Conn's and told her to never bother him again.

Even though Plaintiff did not make any credit purchases from Conn's after the initial computer purchase, Conn's made four (4) hard inquiries without Plaintiff's consent, in violation of his financial privacy rights under 15 U.S.C. § 1681 and, via in-store internet on October 22, 2016 had Synchrony make an additional hard inquiry in violation of 15 U.S.C. § 1681.

It should be noted that Plaintiff did purchase an ottoman from Conn's for fifty dollars ($50.00) cash and shortly after that cash purchase Conn's again made a hard inquiry on his credit report without his consent or permission or knowledge.

It wasn't until Mr. Blum received the letter from Synchrony Bank on or about November 3, 2016 did he and his wife become suspicious and found the illegal hard inquiries by Conn's Home Plus and Synchrony Financial on Plaintiff's credit report.

Defendant Michael Poppe, through General Counsel, Mark Prior, to defend the numerous illegal hard inquiries, has fabricated that Plaintiff signed applications for each of the inquiries.  When Mark Prior could not produce any such applications he claimed that Plaintiff kept calling Conn's to get credit, which is totally absurd.

A reasonable fact finder will be able to see that Conn's and Synchrony are clearly engaged in a credit scheme to generate business in an illegal manner in violation of 15 U.S.C. § 1681.

## CONCLUSION

Under the doctrine of *res ipsa loquitur*, "the action speaks for itself."  The evidence here is quite clear.  Michael Poppe of Conn's Home Plus, with the aid of Margaret Keane, President , Chief Executive Officer of Synchrony Financial, have made it a pattern and practice to run frequent credit inquiries of people who have ever been to one of the Conn's stores and to follow up those inquiries with "bait" offers in order to generate more credit business.

In doing so, Michael Poppe of Conn's Home Plus, with the aid of Margaret Keane, President, Chief Executive Officer of Synchrony Financial violated 15 U.S.C. § 1681.

## PRAYER FOR RELIEF

Plaintiff Edward Blum requests a bench trial at the Court's earliest convenience. Plaintiff Edward Blum requests that the Court grant the following relief to him:

As to Defendant Margaret Keane, One Hundred Twenty Five Thousand Dollars ($125,000.00) compensatory and One Hundred Twenty Five Thousand Dollars ($125,000.00) in punitive damages;

Defendant Margaret Keane is liable under the legal concept of vicarious liability and the Doctrine of Respondeat Superior because her employee(s) committed a civil wrong within the scope of employment and she is held liable even if she personally may have done nothing wrong.  Respondeat superior is a doctrine that a party is responsible for (has vicarious liability for) acts of their agents.

As to Defendant Michael Poppe, President/Chief Operating Officer of Credit and Collections for Conn's Home Plus, One Hundred Twenty Five Thousand Dollars ($125,000.00) compensatory and One Hundred Twenty Five Thousand Dollars ($125,000.00) in punitive damages;

Defendant Michael Poppe is liable under the legal concept of vicarious liability and the Doctrine of Respondeat Superior because his employee(s) (Conn's) committed a civil wrong within the scope of employment and he is held liable even if he personally may have done nothing wrong.  Respondeat superior is a doctrine that a party is responsible for (has vicarious liability for) acts of their agents.

A violation of 15 U.S.C. § 1681 calls for, not only monetary sanctions but, also for criminal sanctions.  Plaintiff requests that the Court consider imposing the maximum criminal penalty to the defendants, which is a maximum of two years incarceration per occurence/violation.

Plaintiff requests that the Court order defendants to pay court costs directly to the Clerk of the United States District Court, Phoenix, Arizona within ten (10) days of the date of such order.

Plaintiff requests that the Court grant all costs incurred pretrial, during trial, and post trial and; any other relief this Court deems appropriate.

Dated this 1st day of May, 2017.

_____

Edward Blum, pro se Plaintiff

EXHIBIT A

## CenturyLink Webmail

**eblum@centurylink.net**

**Yes! You're approved!**

**From :** CONNS CREDIT RESPONSE
           &lt;CONNS.CREDIT.RESPONSE@CONNS.COM&gt;

Fri, Feb 19, 2016 12:42 PM

**Subject :** Yes! You're approved!

**To :** EDWARD BLUM &lt;EBLUM@CENTURYLINK.NET&gt;

Dear EDWARD,

**Congratulations! You've been approved for up to $7,000.00 with Conn's YES MONEY®!** (application #022477346)

You may also be qualified to add the following options to the amount financed without increasing the down payment required. Simply ask about these options at your nearest Conn's HomePlus® store:

- Delivery
- Installation
- Repair Service Agreements
- Credit Insurance

Your next step is to come into your nearest Conn's HomePlus store to sign your contract. Please bring the following with you:

1. State-issued ID or driver's license
2. A printout of this email (optional)
3. Proof of property insurance* (renters or homeowners insurance policy) if you have a policy

You will be ready to shop in minutes! Do you have questions or need help? Call us at 1-877-472-5422 (8:00 AM-9:30 PM CT Monday-Saturday and 8:00 AM-8:00 PM CT Sunday) or come to your local Conn's HomePlus store, and we'll answer any questions you might have.

We're looking forward to helping you get all the things you need, want and deserve from Conn's HomePlus!

2/21/2016 10:13 PM

EXHIBIT B

Synchrony Bank
PO Box 965033
Orlando, FL 32896-5033


20284
UPGR

Edward W Blum
PO Box 1829
Sun City, AZ 85372-0000

IIuIIuI|I|IIII|I|I|II|I|I|II|I|II|II|I|I|II|II|II|II|III|II|II|II|II|II|

10/29/16

Dear    Edward W Blum:

Thank you for your application for a Synchrony Home/SYNCB account.  We regret
that we are unable to approve your request at this time.  The most significant
reason(s) the application was declined are listed below:

-too many accounts 30 or more days past due in last 12
   months
-too many accounts opened in last 24 months have been 30
   days past due
-too many inquiries last 6 months
-accounts in collection or 60 days past due or adverse
   public records

We obtained information from a consumer reporting agency as part of our
consideration of your application; its name, address and telephone number is
shown below. The reporting agency played no part in our decision and is unable
to supply specific reasons why we have denied credit to you.  You have a right
under the Fair Credit Reporting Act to know the information contained in your
credit file at the consumer reporting agency.  You also have a right to a free
copy of your report from the credit reporting agency, if you request it no later
than 60 days after you receive this notice. In addition, if you find any
information contained in the report you receive is inaccurate or incomplete, you
have the right to dispute the matter with the credit reporting agency.

Experian
701 Experian Parkway
PO Box 2002
Allen, Tx 75013
888-397-3742

Information about your External Credit Score
Used in this Evaluation for Credit

_____

EXHIBIT C

Edward Blum
P.O. Box 1829
Sun City, AZ 85372
(702) 882-9007

Michael Poppe, President/Chief Operating Officer
Credit and Collections
4055 Technology Forest Boulevard
The Woodlands, Texas 77381

November 23, 2016

Dear Sir,

Your company, on numerous occasions has, without permission or a signed
credit application, ran a credit inquiry of my credit with the three major credit
bureaus in violation of 15 U.S.C. § 1681. The latest inquiry was made on or
about October 27, 2016.

Demand in the amount of Ten Thousand Dollars ($10,000.00) is hereby made for
illegally running my credit report without my permission.  Furthermore, you are
to immediately have the inquiry(s) removed from the credit reporting bureaus.

If this matter has not been amicably settled by the close of business on
December 12, 2016 civil and criminal actions will be initiated in the United States
District Court for the District of Arizona, Phoenix under 28 U.S.C. § 1332 in that
the states of citizenship are not shared by the parties.

I do hope that this matter can be resolved as quickly as possible and in an
amicable manner.

Sincerely,

Edward Blum

cc:  U.S. Attorney - Phoenix, AZ
     Attorney General - Phoenix, AZ
     Attorney General - Austin, TX
     Experian, TransUnion, Equifax

EXHIBIT D

Edward Blum
P.O. Box 1829
Sun City, AZ 85372
(702) 882-9007

Margaret M. Keane, CEO
Synchrony Bank
200 Crossing Blvd., Suite 101
Bridgewater, NJ 08807

November 23, 2016

Dear Ms. Keane,

I have just discovered that Synchrony Bank ran a credit inquiry of my credit. This inquiry was made without my knowledge or consent in violation of 15 U.S.C. § 1681.

I have never heard of Synchrony Bank and certainly have never given you or any possible third party permission to pursue a credit check on me.

Demand in the amount of Five Thousand Dollars ($5,000.00) is hereby made for illegally running my credit report without my permission. Furthermore, you are to immediately have the inquiry removed from the credit reporting bureaus.

If this matter is not amicably settled by the close of business on December 12, 2016 civil and criminal actions will be initiated in the United States District Court for the District of Arizona, Phoenix under 28 U.S.C. § 1332 in that the states of citizenship are not shared by the parties.

I do hope that this matter can be resolved as quickly as possible and in an amicable manner.

Sincerely,


Edward Blum

cc:  U.S. Attorney - Phoenix, AZ
     Attorney General - Phoenix, AZ
     Attorney General - Trenton, NJ
     Attorney General – Salt Lake City, UT
     Experian, TransUnion, Equifax

EXHIBIT E



4055 Technology Forest Blvd., Ste. 210 • The Woodlands, Texas 77381 • (936) 230-5871 • Fax (877) 303-2445

December 19, 2016

Mr. Edward Blum
P.O. Box 1829
Sun City, AZ 85372

**RE: Credit Inquiries**

Dear Mr. Blum,

We are in receipt of your demand letter dated November 23, 2016.

Thank you for bringing this matter to our attention.

When Conn's sends out the Credit Line Increase Certificates, such as the one you attached with your letter, we do not do a credit inquiry. The letter is simply an invitation to apply. If the intended person were to apply for this credit line increase, we would then report that inquiry to the credit bureaus.

You state that the latest credit inquiry was done on October 27, 2016. After investigating this we found that it appears that you went into a Conn's store and applied for credit on October 22, 2016. Since you did fill out an application for credit, Conn's did run a credit check and this inquiry was reported to the credit bureau. We also found that you applied for credit on February 19, 2016 (via online), and on September 1, 2015 and April 8, 2015 (via telephone). These inquiries were reported to the credit bureaus as well.

We appreciate you bringing this matter to our attention and we value you as a customer. If you did not apply for credit with Conn's on the dates listed above, please notify us.

Sincerely,

Mark Prior
VP, General Counsel

cc: Michael Poppe, President, COO-Credit & Collections

EXHIBIT F



**Conn's HomePlus**

CONGRATULATIONS, Edward!

## YOUR CREDIT LINE HAS INCREASED TO:

**NOTE:** Your account needs to be activated. Apply today to start using your line of credit.

PO Box 56540
Portland, OR 97238-6540

8/22/2016          PB03C88C

Pay To:

Edward W Blum
PO Box 1829
Sun City AZ 85372-1829

$6,000*

Non-transferable

*Conn's HomePlus*

⑆123456⑆ 76⑈ 98010⑈ 5318006

Visit **conns.com/morecredit** to redeem your credit line increase.

Dear Edward,

**Enjoy great deals and storewide savings from Conn's HomePlus®!** Take advantage of these big savings in every department during our annual Home Sale, from the latest styles in furniture to name-brand appliances to the latest technology in TVs!

### YOUR CREDIT LINE HAS INCREASED

## $6,000*

## 10% OFF

**YE$ MONEY. YOU'RE APPROVED.**

**PLUS**

## 0% APR
### NO INTEREST FOR 12 MONTHS²

**ON A SINGLE, REGULAR-PRICED ITEM OF $599 & UP**

**We appreciate having you as a Conn's customer.** Because of your positive payment history, we have increased your credit line. Come in today to take advantage of your YES MONEY® credit and these great offers.

**Get 10% off,¹ plus no interest for 12 months² on a single, regular-priced item of $599 and up.** It's the perfect time to spruce up your home with new furnishings, energy efficient appliances, a comfy mattress set or cutting-edge electronics!

**Come explore the store and enjoy your special offers today!** Visit any of our convenient locations to take advantage of your new additional credit and your valuable savings today! But hurry in before these deals expire on 8/22/2016.

# 4
## EASY WAYS TO APPLY:

**NOTE:** Your account needs to be activated. Apply today to start using your new line of credit.



conns.com/morecredit

**Reference Code:** PB03C88C



conns.com/mobile

¹Offers valid on a single, regular-priced item of $599 and up when made with Conn's Credit. Subject to credit approval. Excludes all computers & computer equipment, Ultra HD 4K and OLED TVs, Bose®, iComfort®, Tempur-Pedic® and products where the manufacturer does not permit discounts. May not be combined with other promotional or clearance offers. Minimum monthly payments required. See store for details.

**\*Effective as of 6/2/2016, you have been approved**

 

CREDIT LINE INCREASE NOTICE



## CONGRATULATIONS, Edward!
### YOUR CREDIT LINE HAS INCREASED TO:

PO Box 56540
Portland, OR 97238-6540

**9/26/2016**          **UB03DDC8**                    **$6,000**\*

Pay To:

Edward W Blum
PO Box 1829
Sun City AZ 85372-1829

Non-transferable

*Conn's HomePlus*

Visit **conns.com/morecredit** to
redeem your credit line increase.

⑆123456⑈ 76⑉ 98010⑆ 5318006

---

Dear Edward,

**Enjoy storewide deals during our Labor Day Sale!** Take advantage of these big savings in every department, from the latest styles in furniture to name-brand appliances to the latest technology in TVs!

**YOUR CREDIT LINE HAS INCREASED**

**$6,000**\*

**10% OFF**[1]

YE$ MONEY
YOU'RE APPROVED.

**PLUS**

**0% APR**
NO INTEREST
FOR 12 MONTHS[2]
**ON A SINGLE, REGULAR-PRICED
ITEM OF $599 & UP**

**We appreciate having you as a Conn's customer.** Because of your positive payment history, we have increased your credit line. Come in today to take advantage of your YES MONEY® credit and these great offers.

**Get 10% off**[1]**, plus no interest for 12 months**[2] **on a single, regular-priced item of $599 and up.** It's the perfect time to spruce up your home with new furnishings, energy efficient appliances, a comfy mattress set or cutting-edge electronics!

**Come explore the store and enjoy your special offers today!** Visit any of our convenient locations to take advantage of your new additional credit and your valuable savings today! But hurry in before these deals expire on 9/26/2016.

## 4
### EASY WAYS TO APPLY:

**NOTE:** Your account needs to be activated. Apply today to start using your new line of credit.



conns.com/morecredit

**Reference Code: UB03DDC8**



conns.com/mobile

---

[1]Offers valid on a single, regular-priced item of $599 and up when made with Conn's Credit. Subject to credit approval. Excludes all computers & computer equipment, Ultra HD 4K and OLED TVs, Bose®, iComfort®, Tempur-Pedic® and products where the manufacturer does not permit discounts. May not be combined with other promotional or clearance offers. Minimum monthly payments required. See store for details.

\***Effective as of 6/21/2016, you have been approved for a credit line increase of $6,000.**



**Conn's** *HomePlus*

P.O. Box 1840
Hartford CT 06144-1840

CONGRATULATIONS, EDWARD!

## YOUR CREDIT LINE IS INCREASED BY:

Pay To:

10/23/2016          WB03ED65          $6,000*

Edward W. Blum          0007
PO Box 1829
Sun City, AZ 85372-1829

Non-transferable

*Mike Poppe*

Mike Poppe – President of Credit

Visit **conns.com/morecredit** to
redeem your credit line increase.

⑈⑈1234⑆⑈ 76⑈ 98010⑆⑈ 5318006

Dear Edward,

**Take advantage of big savings throughout every department during Conn's HomePlus® End-of-Season Sale!**
You'll find amazing deals on the latest styles in furniture, name brand appliances, comfy mattresses and the
latest technology in TVs for your home.

### YOUR CREDIT LINE IS INCREASED BY
$6,000*

**10% OFF**

YE$ MONEY®
YOU'RE APPROVED

PLUS

**0% APR** NO INTEREST FOR 12 MONTHS²

ON A SINGLE, REGULAR-PRICED ITEM OF $599 & UP

**We appreciate having you as a Conn's customer.** Because of your positive payment history, we have increased your credit line. Come in today to take advantage of your YES MONEY® credit and these great offers.

**Get 10% off,¹ plus no interest for 12 months² on a single, *regular-priced* item of $599 and up.** It's the perfect time to spruce up your home with new furnishings, energy efficient appliances, a comfy mattress set or cutting-edge electronics!

**Come explore the store and enjoy your special offers today!** Visit any of our convenient locations to take advantage of your new additional credit and your valuable savings today! But hurry in before these deals expire on 10/23/2016.

4 EASY WAYS TO APPLY:

**NOTE:** Your account needs to be activated. Apply today to start using your new line of credit.



conns.com/morecredit

**Reference Code: WB03ED65**



conns.com/mobile

¹ Offers valid on a single, regular-priced item of $599 and up when made with Conn's Credit. Subject to credit approval. Excludes all computers & computer equipment, Ultra HD 4K and OLED TVs, Bose®, iComfort®, Tempur-Pedic® and products where the manufacturer does not permit discounts. May not be combined with other promotional or clearance offers. Minimum monthly payments required. See store for details.



CREDIT LINE INCREASE CERTIFICATE

No. **12059093**



P.O. Box 1840
Hartford CT 06144-1840

## CONGRATULATIONS, **EDWARD!**
### YOUR CREDIT LINE IS INCREASED BY:

| EXPIRATION DATE | REFERENCE CODE | AMOUNT |
|---|---|---|
| 01/24/17 | DB041E74 | **$6,000***|

Non-transferable

Pay To:

Edward W. Blum          0007
PO Box 1829
Sun City, AZ 85372-1829

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

⑈067221⑈ 5068⑈ 626903⑈ 5318006

*John Davis*
JOHN DAVIS, CHIEF CREDIT OFFICER

---

Dear Edward,

**The holidays are here and there's nothing better than celebrating with something shiny and new.**
Conn's HomePlus® is making spirits bright with big holiday savings on electronics, appliances, furniture and mattresses.

**YOUR CREDIT LINE IS INCREASED BY**

# $6,000*

**We appreciate having you as a Conn's customer.** Because of your positive payment history, we have increased your credit line. Come in today to take advantage of your YES MONEY® financing and these great offers.

**Get 10% off[1] on a single, regular-priced item of $599 and up.** It's the perfect time to spruce up your home with new furnishings, energy-efficient appliances, a comfy mattress set or cutting-edge electronics!

**Come explore the store and enjoy your special offers today!** Visit any of our convenient locations to take advantage of your new additional credit and your valuable savings today! But hurry in before these deals expire on 1/24/2017.

4
EASY WAYS
TO APPLY:

**NOTE:** Your account needs to be activated. Apply now so you can start shopping today!



conns.com/morecredit

Reference Code: DB041E74

**10% OFF**[1]

YE$ MONEY
PLUS

**0% APR**
NO INTEREST
FOR 12
MONTHS*

ON A SINGLE, REGULAR-PRICED ITEM OF $599 & UP



conns.com/mobile

[1] Offers valid on a single, regular-priced item of $599 and up when made with Conn's Credit. Subject to credit approval. Excludes all computers and computer equipment, Ultra HD 4K and OLED TVs, Bose®, iComfort®, Tempur-Pedic® and products where the manufacturer does not permit discounts. May not be combined with other promotional or clearance offers. Minimum monthly payments required. See store for details.




EXHIBIT G



BANK

P O Box 6150
Rapid City, SD 57709

*Engage with us.*

December 19, 2016

Mr. Edward Blum
P.O. Box 1829
Sun City, AZ 85372

**RE:**  Conn's Application
**Creditor:**  Synchrony Bank

Dear Mr. Blum:

On behalf of Synchrony Bank, and Margaret Keane, President, Chief Executive Officer, Synchrony Financial, I am responding to your inquiry concerning the matter referenced above. I appreciate you bringing this matter to my attention. I attempted to call you on December 19, 2016, in order to discuss your concerns; however, I was unable to reach you.

Based on your inquiry, we have reviewed your request and verified we have accurately reported the credit application inquiry to the major credit bureaus. Since we have reported accurate information pertaining to your credit application, we are unable to delete or modify the credit bureau inquiry as reported. We regret any dissatisfaction you may have experienced; however, we must respectfully decline your request for any type of compensation.

On October 22, 2015, Synchrony Bank processed a credit application for a Conn's credit account using your personal information. The application was submitted via in-store internet at the Conns store located at 7333 W Thomas Road, Phoenix, AZ 85033-5546. The application was not approved.

The application contained your correct and verified name, Social Security number, date of birth, address/PO Box number, and telephone number. The application was submitted in-store in an area that corresponds to your address in Sun City, AZ. Given these facts, we concluded that the credit inquiry is legitimate. If you still feel the application were submitted fraudulently, please contact us at (800) 268-9131.

Thank you for the opportunity to respond to your concerns. If you have additional questions regarding this matter, contact me at (800) 419-5010, extension 4167083 or via email at OfficeofthePresident@synchronyfinancial.com. I welcome the opportunity to assist you.

Sincerely,

Jeff Dart
Senior Specialist, Corporate Consumer Relations
Synchrony Bank

EXHIBIT H

Provided by Equifax

The details displayed include the origins of each *hard inquiry* and our calculation of when they should be removed from your credit report.

You are currently viewing a past report from *May 28, 2015*.

CONN CREDIT CORP
Inquiry Date **Jan 31, 2014**
Removed By* Mar 2016
Sales Financing

CONN CREDIT CORP
Inquiry Date **Apr 8, 2015**
Removed By* May 2017
Sales Financing

You are currently viewing a past report from **Oct 12, 2015**.

CONN CREDIT CORP
**Sep 1, 2015**
Oct 2017
Sales Financing

CONN CREDIT CORP
**Apr 8, 2015**
May 2017
Sales Financing

CONN CREDIT CORP
**Jan 31, 2014**
Mar 2016
Sales Financing

You are currently viewing a past report from **Jan 31, 2016**.

CONN CREDIT CORP
**Sep 1, 2015**
Oct 2017
Sales Financing

CONN CREDIT CORP
**Apr 8, 2015**

May 2017
Sales Financing


You are currently viewing a past report from **Mar 10, 2016**.

CONN CREDIT CORP
**Feb 19, 2016**
Mar 2018
Sales Financing

CONN CREDIT CORP
**Sep 1, 2015**
Oct 2017
Sales Financing

CONN CREDIT CORP
**Apr 8, 2015**
May 2017
Sales Financing


You are currently viewing a past report from **Nov 09, 2016**.
CONN CREDIT CORP
Oct 22, 2016
Nov 2018
Sales Financing
CONN CREDIT CORP
Feb 19, 2016
Mar 2018
Sales Financing
CONN CREDIT CORP
Sep 1, 2015
Oct 2017
Sales Financing
CONN CREDIT CORP
Apr 8, 2015
May 2017
Sales Financing